Date signed March 21, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| MOIRA KATHALEEN ANDERSON : | Case No. 05-32633PM |
| : | Chapter 13 |
| Debtor : | |

### MEMORANDUM OF DECISION

This case came before the court upon the response of David A. Rosenberg on behalf of the law firm of Grossbart, Portney & Rosenberg, P.A., to the Suggestion of Excessive Fees filed by the Chapter 13 Trustee, Timothy P. Branigan. The Trustee notes that because this Plan provides funding of $65.00 a month over 60 months, a total of $3,900.00, after payment of counsel and the statutory commission to the Trustee there is a fractional distribution of approximately $2,200.00 among unsecured creditors without priority holding claims aggregating over $17,000.00. Thus, principal beneficiary of this bankruptcy filing is counsel.

Counsel's response, that brought this matter before the court, urges that the Trustee's Suggestion is not timely and is barred on the principle of *res judicata*. As a principle of bankruptcy law, this is correct. However, it is in direct conflict with the practice in this division whereby as an accommodation to debtors and their counsel confirmation is allowed to proceed, often without the appearance of counsel and their client. The court has not had the experience of any other member of the Bar taking this issue in view of the accommodation described.

Therefore, the court will take no action with respect to the Trustee's Suggestion other than to suggest to the Chapter 13 Trustees in this division that in Chapter 13 cases where the law firm of Grossbart, Portney & Rosenberg, P.A., proposes plans with the balance of their claimed

fee to be paid under the plan, that hearings be held before the court in all such cases in order that the issue of compensation of counsel may be determined in connection with confirmation.

cc:
Moira K. Anderson, 1818 Ponds Wood Road, Huntingtown, MD 20639
David A. Rosenberg, Esq., One North Charles Street, Suite 1214, Baltimore, MD 21201
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718

**End of Memorandum**